**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CAPITAL, INC., a Florida Corporation; BARRY HABIB, an individual; and KEVIN SLOANE, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BROOKSHIRE INNOVATIONS, LLC, a California Limited Liability Company,<br><br>　　　　　　　　Defendant. | Case No. CV 22-6851-DMG (PVCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Plaintiffs' motion for summary judgment [Doc. # 50] issued on June 14, 2023,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiffs Barry Habib and Kevin Sloane, and against Defendant Brookshire Innovations, LLC, on the breach of written contract claim in the amount of $200,000 each, plus $14,739.72 in pre-judgment interest each, for a total of $429,479.44, plus post-judgment interest; and in favor of Plaintiff Martin Capital, Inc. and against Defendant Brookshire Innovations, LLC, on the breach of oral contract claim, in the amount of $100,000, plus $9,698.63 in pre-judgment interest, for a total of $109,698.63, plus post-judgment interest.  Counsel for Plaintiffs shall be awarded $14,324.50 in attorneys' fees.

DATED: July 5, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE